IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1310-MHT |
| TOWN OF WAVERLY, | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 4, 2007, as to why said motion should not be granted as requested.

DONE, this 5th day of February, 2007.

                                                    /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE